### STRICKLAND *v.* THE STATE.

BECK, J. There was sufficient evidence to support the verdict; no errors of law are complained of; and the judgment refusing a new trial is

*Affirmed. All the Justices concur.*

Submitted April 20,—Decided May 19, 1908.

Indictment for rape. Before Judge Gober. Milton superior court. March 17, 1908.

*Griffin & Attaway* and *G. B. Walker,* for plaintiff in error.

*John C. Hart, attorney-general,* and *B. F. Simpson, solicitor-general,* contra.